Date: 03/15/11

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-36636 - BUTTERFASS, LOREN D.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | 000002 | 222.89 | 3.00 |
| ---------- Remittance Total ---------- | | 222.89 | 3.00 |

*signature*

CHARLES W. RIES, Trustee

fcc #3507

COURT1

Printed: 03/15/11 11:26 AM   Ver: 16.01c